# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-161-JFH |
| CHRISTOPHER CODY JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Assistant Public Defender Douglas G. Smith II hereby enters his appearance in the above-styled case on behalf of defendant Christopher Cody Johnson.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Federal Public Defender

By: s/*Douglas G Smith II*
Douglas G Smith II, MOBA #67209
Assistant Federal Public Defender
112 N. 7th Street
Muskogee, Oklahoma 74401
Telephone: 918-687-2430
E: douglas_smith@fd.org
*Counsel for Defendant*

— 2 —

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

Clay Compton
Assistant United States Attorney

                                                                                  s/Douglas G Smith II
                                                                                 Douglas G Smith II