# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 25-cr-161-JFH |
| CHRISTOPHER CODY JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF INTENT TO PLEAD GUILTY

The Defendant, Christopher Cody Johnson, through his attorney, Douglas G Smith II, Assistant Federal Public Defender, advises the Court he intends to enter a plea of guilty to the single count of the Information pursuant to a plea agreement.

Attorneys for both parties have conferred about potential dates for a hearing. Mr. Johnson has Wednesdays as his regular day off and requests that his Initial Appearance/Waiver of Indictment/Change of Plea hearing be set on Wednesday, September 17, 2025. The Government, through AUSA Clay Compton, does not object to this request.

Respectfully submitted,

OFFICE OF THE FEDERAL PUBLIC DEFENDER
Scott A. Graham, Federal Public Defender

By: s/*Douglas G Smith II*
Douglas G Smith II, MOBA #67209
Assistant Federal Public Defender
112 N. 7th Street
Muskogee, Oklahoma 74401
Telephone: 918-687-2430
E: douglas_smith@fd.org
*Counsel for Defendant*

— 2 —

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrant(s):

Clay Compton
Assistant United States Attorney

                                               <u>s/Douglas G Smith II</u>
                                               Douglas G Smith II